AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Chapin Mills Huffman,<br><br>Defendant(s) | )<br>)<br>) Case No. 23-mj-8174-RMM<br>)<br>)<br>) |

FILED BY _____SP_____ D.C.

Apr 5, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 26, 2023__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(3) | having been an unlawful user or or addicted to any controlled substance, did knowingly possess a firearm and ammunitioin in and affecting interstate and foreign commerce |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
Complainant's signature

Paul Bruno, SA FBI
Printed name and title

Sworn and attested to me by Applicant by Telephone pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 4/5/23

_____
Judge's signature

City and state: West Palm Beach, Florida

Ryon M. McCabe, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF TASK FORCE AGENT PAUL BRUNO
## IN SUPPORT OF CRIMINAL COMPLAINT

I, Paul Bruno, being duly sworn on oath, deposes and states as follows:

1. I am a Task Force Agent with the Federal Bureau of Investigation ("FBI") in Palm Beach, Florida, and have been so assigned for over 14 years. I have been employed by the Jupiter Police Department for 23 years and currently am assigned to the FBI Safe Streets Task Force. My responsibilities include the investigation of violent crimes related to firearms and narcotics.

2. All of the information contained in this affidavit is the result of my own investigation or has been provided to me by other law enforcement authorities who I believe to be reliable.

3. This affidavit is submitted in support of my application for a criminal complaint for Chapin Mills Huffman (hereinafter "HUFFMAN"), for violation of possession of firearms and ammunition as a prohibited person, pursuant to Title 18, United States Code, Section 922(g)(3). This affidavit does not include all facts known to me, but rather contains facts sufficient to support the issuance of the complaint.

4. On March 26, 2023, Jupiter Police Officers were dispatched to Indiantown Road at the I-95 underpass regarding reports of a white male standing outside of a vehicle waiving what appeared to be a knife. Upon arrival, officers contacted and identified HUFFMAN who was standing next to a 2022 Mini Cooper bearing Florida tag 70AVUJ. Officers observed a large handle sticking out of HUFFMAN's pocket that was consistent with a fixed-blade knife. Officers also observed a 9mm semi-automatic handgun laying in plain view on the driver's side floorboard of the vehicle. As the officers placed HUFFMAN in custody for safety, they observed a large bulge underneath his shirt along the waistline. Upon further inspection, officers discovered that the bulge was a fanny pack that contained 6.5 grams of suspected marijuana and a smoking pipe

containing suspected marijuana residue. The marijuana later field tested positive. Officers seized the suspected fixed blade knife which was later determined to be a large lighter in the shape of a double-barreled shotgun. HUFFMAN was placed under arrest for possession of marijuana.

5. Following HUFFMAN's arrest, officers impounded HUFFMAN's vehicle and conducted an inventory of the contents therein. During the inventory search, officers located the following weapons, ammunition, and other related items: (a) CZ75 SP-01 9mm handgun (serial #B781396) with two magazines; (b) Glock 17 9mm handgun (serial #BWPPZ369) with four fully loaded magazines; (c) Colt 1911A1 45cal handgun (serial #2210980) with two magazines; (d) Interdynamic MOD KG-99 9mm gun (serial #09389) with loaded magazine; (e) Century MKE AP5-M 9mm handgun (serial #02550) with loaded magazine; (f) Rock Island Armory Shotgun 12ga (serial #R007203); (g) American Tactical OMNI Hybrid Multical .223 Rifle (serial #NS148724); (h) Mossberg Model 590 12ga shotgun w/ chainsaw grip (serial #V1580945); (i) Spartan Arms Tactical Vest with ballistic plates; (j) Ammunition can full with multiple different calibers; (k) Multiple different magazines loaded with rounds; (l) 60 round .223 drum magazine; (m) Multiple 9mm and 556 rounds of ammunition; (n) Small bucket of Remington .380 rounds; (o) 25.53lb bag of 9mm rounds (various brands); (p) Two boxes with approximately 1,000 rounds of .556 ammunition; (q) Two rubber masks, one rat head and one rabbit head; (r) One gas mask with predator face cover; (s) Multiple hand-written documents and note books; (t) Knife with large curved blade; (u) Long survival knife with black sheath. Based on my training and experience, I am aware that many of the above listed firearms and ammunitions, and possibly all of them, are manufactured outside the state of Florida.

6. The contents of the handwritten documents and notebooks contained writings by HUFFMAN. The writings were both suicidal and homicidal in nature and listed five (5) specific individuals listed by first and last name that HUFFMAN wanted to die, along with racial slurs

adjacent to each name. HUFFMAN discussed different options on how to murder these individuals. HUFFMAN also wrote about conducting mass killings by running through a crowd and stabbing as many people as possible. In one excerpt, HUFFMAN wrote "I'd top off all your favorite murderers. A crossbreed of Bundy, Manson, Speck. All of them plus all works of fiction. My rampage would be unlike any other." Based on these writings in conjunction with the items found in HUFFMAN's vehicle, Officers transported HUFFMAN to JFK Hospital in West Palm Beach, Florida.

7. On March 29, 2023, Detective Kelly Sanders of the Jupiter Police Department conducted an audio-recorded interview of HUFFMAN at JFK Hospital. During the interview, HUFFMAN signed a written consent to the search and download the contents of his cell phone and computer. An analysis of those records uncovered a text message sent by HUFFMAN on March 21, 2023, stating "I'm currently doing whippets and k in a parking lot downtown. I had the most fear and loathing experience ever. I took a fat rip of k in the parking lot and went to pay to park there but was confused by the machine so I left after it wore off." Based on training and experience, I know that "whippets" are nitrous oxide taken through whip cream bottles and "k" is known to be the drug Ketamine.

8. On April 3, 2023, your Affiant made telephonic contact with a social worker at JFK Hospital to arrange an interview with HUFFMAN. The social worker told your Affiant that HUFFMAN drug tested positive for cannabis upon arrival at the facility. Your Affiant also spoke with a Clinical Services Manager at the hospital who also stated HUFFMAN tested positive for cannabis.

9. On April 3, 2023, your Affiant conducted an audio recorded interview of HUFFMAN at JFK Hospital. HUFFMAN was advised of his Miranda Warnings. HUFFMAN stated that he understood his rights and was willing to waive his rights and answer police

questioning without an attorney present. During the interview, HUFFMAN admitted to drug use dating back to 2013. He also stated he would take "whatever he could get a hold of," to include marijuana, Xanax, and Ecstasy which helped him cope with depression and family issues in the past. He admitted that he was a regular user of marijuana. He also admitted that he used mushrooms and nitrous oxide during approximately the second week of March 2023. He stated he purchased the Mossberg shotgun that was seized by police that same week from a gun store in Miami.

10. Based on the facts contained herein, your Affiant believes that there is probable cause to conclude that HUFFMAN has committed violations of Title 18, United States Code, Section 922(g)(3) by possessing firearms and ammunition while being an unlawful user of or addicted to any controlled substance.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

PAUL M. BRUNO, Task Force Agent
Federal Bureau of Investigation

Sworn and subscribed before me this
5 day of April 2023.

HONORABLE RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Chapin Mills Huffman

**Case No**: 23-mj-8174-RMM

Unlawful Possession of a Firearm and Ammunition:

* Max. Term of Imprisonment: 15 years
* Mandatory Min. Term of Imprisonment (if applicable): None
* Max. Supervised Release: 5 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.