SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED BY _____ cos _____ D.C.

SEP 19 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA

v.                                              CASE NO. 23-CR-80126-DMM

CHAPIN HUFFMAN,

      Defendant.

_____

## DEFENDANT CHAPIN HUFFMAN'S MOTION TO FILE UNDER SEAL PSR OBJECTON AND SENTENCING MEMORANDUM AND EXHIBIT A

      Defendant Chapin Huffman respectfully moves the Court to seal, until further order of the Court, his PSR Objection and Sentencing Memorandum and Exhibit A. The PSR Objection and Sentencing Memorandum contain sensitive personal, family, and medical information that should not be in the public domain. Exhibit A is a report by Dr. Sheila Rapa which also contains sensitive personal, family, and medical information that should not be in the public domain.

      Respectfully submitted,

*/s/ Mark P. Rankin*
Mark P. Rankin
Florida Bar No. 0177970
The Law Office of Mark P. Rankin, P.A.
1410 N. Westshore Blvd., Ste. 200
Tampa, FL 33607
Office: (727) 365-1751
Email: mark@rankinlawoffice.com

/s/ Greg Rosenfeld
Gregory Rosenfeld
Florida Bar No. 92006
Law Offices of Greg Rosenfeld, P.A.
515 N. Flagler Drive, Suite P-300
West Palm Beach, FL 33401
Office: (561) 409-5804
Email: greg@rosenfeldlegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September 2023, a true and correct copy of the foregoing was served via email to the United States Attorney's Office, along with a copy of the motion and exhibit referenced herein.

/s/ Mark P. Rankin
Mark P. Rankin

*By*
Greg Rosenfeld, Esq.